Núm. 8678.—Pueblo, apldo. *v.* Burgos, aplte.—C. D. San Juan. Marzo 14, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción solicitando la posposición de la vista y un nuevo término para radicar la transcripción de la evidencia: habiéndose interpuesto la apelación desde marzo 29, 1940, y pedídose su desestimación por abandono desde febrero cinco último con notificación al abogado del apelante que es el mismo por medio del cual solicita ahora la suspensión y el nuevo término, sin alegar hechos ni razones que expliquen el abandono y justifiquen el ejercicio de la discreción del tribunal en su favor, vistos los casos de *Báez* v. *Honoré,* 56 D.P.R. 31, *Municipio Aguas Buenas* v. *De la Fuente,* 56 D.P.R. 105 y *Pillot* v. *White Star Bus Line,* ante, pág. 129, no ha lugar.

Núm. 8670.—Pueblo, apldo. *v.* Maysonet, aplte.—C. D. San Juan. Mayo 1, 1941.

A la anterior moción del fiscal solicitando se declare extinguida la causa por fallecimiento del acusado y se decrete el archivo definitivo de la misma, como se pide.